468 F.2d 619
 Lecil HANDER, Plaintiff-Appellant,
v.
SAN JACINTO JUNIOR COLLEGE et al., Defendants-Appellees.
 No. 71-2074 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 3, 1972.
 
 John G. Abbott, Houston, Tex., for plaintiff-appellant.
 B. Jeff Crane, Jr., Houston, Tex., Stanley D. Baskin, Pasadena, Tex., for defendants-appellees.
 Before BELL, DYER and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court, 325 F.Supp. 1019, is vacated and the cause is remanded for further consideration in the light of Lansdale v. Tyler Junior College, 5 Cir. 1972, 470 F.2d 659.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I